# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| CASSANDRA POWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-1334 |
| | ) | Judge Trauger |
| U.S. BANK NATIONAL ASSOCIATION, | ) | Magistrate Judge Bryant |
| | ) | |
| Defendant. | ) | |

## O R D E R

On July 7, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 17), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the Motion to Dismiss filed by the defendant (Docket No. 12) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED.**

ENTER this 5th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge